# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES

**Case No.:** 3:16-cr-122  **At:** Knoxville, TN – Courtroom 3A  **Date:** November 8, 2016

**Style:** United States of America **vs** Donnie Smith (Custody – Present)

**Present Before**: Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Garringer | ECRO Recording | Travis Worthington |
| **Courtroom Deputy** | **Court Reporter** | **U.S. Probation Officer** |

| Kelly Norris | Donny Young, CJA App. |
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

**Proceedings:** Initial appearance and arraignment held as to the defendant. Defendant sworn. Defendant submitted and Court approved financial affidavit. Not guilty plea entered. CJA Panel Attorney present and appointed as counsel for the defendant. Defendant waived and reserved his right to a detention hearing. Defendant to be detained pending further proceedings. Orders to follow.

**Dates Set:**

**Jury Trial:** 1/17/2017 at 9:00 a.m. before Chief U.S. District Judge Varlan
**Pretrial Conference:** 1/9/2017 at 11:00 a.m. before Magistrate Judge Guyton
**Plea DDL:** 1/9/2017

**Time:** 11:00 a.m.   **to**   11:20 a.m.

[X] **Defendant remanded to custody**   [] **Defendant released on conditions**

I, **Mallory Garringer,** Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_3-16-cr-122_20161108_105945