UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:16-CR-122  Date: January 17, 2017

United States of America vs. Donnie Smith

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

| Julie Norwood | Rebekah Lockwood | Scott Queener |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Caryn Hebets | | Donny M. Young |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- ■ Defendant waives reading of Indictment or Information
- ■ Defendant Pleads guilty to count(s) 1
- ■ Referred for Presentence Investigative Report.
- ■ DATE SET: **Sentencing:** May 18, 2017 @ 10:00
  **Before** the Honorable Thomas A. Varlan, Chief United States District Judge

• Parties must adhere to Local Rules 83.9(c) & 83.9(k)

■ Defendant remanded to custody of the U.S. Marshal

11:00 to 11:20